US, United States Court.

notice of corretions

1:25-cv-13262-JEK

Plaintiff,

Angela Dowling

nature of suit (NO 440)

Correct nature of suit / complaint

360

Other Personal injury

*Angela Reece Dowling* Nov. 5, 2025

FILED IN CLERKS OFFICE 2025 NOV -5 PM 3:32 U.S. DISTRICT COURT DISTRICT OF MASS.

Notice of Correction

Plaintiff